## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| VERONICA ROMERO, individually and as parent and next friend of B.Y.R. and I.R., and MAYRA YVETTE RIVERA,<br><br>        Plaintiffs,<br>v.<br><br>MICHAEL A. BROWN, in his official capacity as LAKE COUNTY CLERK; WILLIAM C. VANNESS II, M.D., in his official capacity as the COMMISSIONER, INDIANA STATE DEPARTMENT OF HEALTH; and GREG ZOELLER, in his official capacity as INDIANA ATTORNEY GENERAL,<br><br>        Defendants. | Civil Action No. 2:14-cv-0325 |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, by counsel, hereby dismiss the above-captioned action against Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A). Defendants have not served either (a) an answer to the Complaint or (b) a motion for summary judgment.

Respectfully submitted,

 /s/ *J. Michael Hearon*
J. Michael Hearon, #31597-49
**QUARLES & BRADY LLP**
135 North Pennsylvania Street
Indianapolis, Indiana  46204
Telephone: (317) 399-2817
Facsimile: (317) 957-5017
michael.hearon@quarles.com
*Counsel for Plaintiffs*

QB\32094197.1